IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JIMMY MILLS, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| DEKALB COUNTY SHERIFF DEPT. | : | CIVIL ACTION NO. |
| et al., | : | 1:17-CV-2524-WSD-JKL |
|     Defendants. | : | |

## **FINAL REPORT AND RECOMMENDATION**

Plaintiff is a state prisoner who, pro se, filed a complaint under 42 U.S.C. § 1983. (Doc. 1.) Plaintiff sought damages from the DeKalb County Sheriff's Department and officials at the DeKalb County Jail for injuries Plaintiff allegedly sustained when an inmate allegedly assaulted him at that jail. (*Id.*)

The undersigned screened the complaint as required by 28 U.S.C. § 1915A and found that it did not state a claim upon which relief may be granted. (Doc. 3 at 2-4); *see* 28 U.S.C. § 1915A (requiring dismissal of prisoner complaint that is frivolous, malicious, or fails to state a viable claim). The complaint "does little more than describe an alleged assault by a fellow inmate and state that Defendants are responsible for the resulting injuries," which "is not sufficient to support a finding that

Defendants violated federal law and to entitle Plaintiff to relief under § 1983." (*Id.* at 3.)

The Court gave Plaintiff an opportunity to file an amended complaint and directed him to file any amended complaint by July 31, 2017. (*Id.* at 3-4.) The Court warned Plaintiff that failure to do so may result in dismissal of this case. (*Id.* at 5.)

Plaintiff did not file an amended complaint, and the time for doing so has expired. Because Plaintiff's original complaint fails to state a claim upon which relief may be granted and Plaintiff did not file an amended complaint, **IT IS RECOMMENDED** that this action be **DISMISSED** under 28 U.S.C. § 1915A.

**SO RECOMMENDED** this 7th day of September, 2017.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)